

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

October 28, 2022

Re:  8:21-cv-02496-PX, *EEOC v. Key Management Partners, Inc.*

**LETTER ORDER**

Pending before the Court is Dionna Maria Lewis' motion to withdraw as counsel for Defendant Key Management Partners, Inc ("Key"). ECF No. 14. Under local rules, corporations "must be represented by counsel." D. Md. Loc. R. 101.1.a. Ms. Lewis' withdrawal will leave Key without counsel, which may result in the entry of default judgment against Key. *See Allied Colloids, Inc. v. Jadair, Inc.*, No. 96-2078, 139 F.3d 887 (Table), 1998 WL 112719, at *1 (4th Cir. Mar. 16, 1998).

Accordingly, pursuant to Local Rule 101.2.b, the Court GRANTS Ms. Lewis' motion, but STAYS the effect of this ruling for **30 days**. On November 25, 2022, Ms. Lewis shall be STRICKEN from the record as counsel for Key in the above-captioned matter. Key must obtain new counsel on or before **November 28, 2022**. Failure to obtain replacement counsel may result in Defendant's default. Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such. The Clerk shall MAIL copies of this letter order to counsel for Plaintiff, and to Defendant at its last known address. *See* ECF No. 14-1 at 1.

| | |
|---|---|
|   October 28, 2022   <br> Date |   /s/  <br>Paula Xinis<br>United States District Judge |