IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　Plaintiff,<br><br>v.<br><br>KEY MANAGEMENT PARTNERS, INC.,<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*** | Civil Action No. 8:21-cv-02496-PX |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of October 2024, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Plaintiff Equal Employment Opportunity Commission's request for back pay and prejudgment interest in the amount of $60,137.71 is **GRANTED**; and it is

2. **FURTHER OREDERED** that Plaintiff's request for compensatory damages in the amount of $50,000 is **GRANTED**; and it is

3. **FURTHER ORDERED** that Plaintiff's request for injunctive relief is **GRANTED** and Defendant must comply within 90-days absent leave of the Court.

4. The CLERK is **DIRECTED** transmit a copy of the Memorandum Opinion and Order to Defendant.

Dated: October 24, 2024　　　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge